UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EAG PROPERTIES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HARTFORD LIFE AND ACCIDENT ) <br> INSURANCE COMPANY, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. <br> SACV 10-1701-AG(RNBx) <br><br><br> ORDER OF DISMISSAL WITH <br> PREJUDICE |

The Court, having reviewed the Request for Dismissal with Prejudice of counsel for plaintiff EAG Properties, LLC dated January 18, 2011, and having been informed that the terms of the parties' settlement have been fully performed, hereby orders this case dismissed with prejudice in its entirety.

Dated: February 28, 2011

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE